■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO ORTIZ, Appellant. [872 NYS2d 687]—Judgment, Supreme Court, Bronx County (John Byrne, J.), rendered on or about December 13, 2007, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Saxe, Friedman, Acosta and DeGrasse, JJ.